EDWARDS & CHERNEY, LLP
14300 N. Northsight Boulevard, Suite 129
Scottsdale, Arizona 85260

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELLY NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>MILLENNIUM LABORATORIES, INC., a California corporation; **JASON BRISTOL**, an individual; and Does 1-10, inclusive,<br><br>    Defendants. | Case No. 2:12-cv-01301-SLG |

## AFFIDAVIT OF CRAIG P. CHERNEY

BEFORE ME, the undersigned authority, on this date personally appeared Craig P. Cherney, who, being duly sworn, on his oath states the following:

1. My name is Craig P. Cherney. I am a partner at the law firm of Edwards & Cherney, LLP. I am one of the attorneys representing Plaintiff Kelly Nelson in this lawsuit. I am in all ways competent to make this Affidavit. I have personal knowledge of the facts stated herein, and all statements are true and correct.

2. I have attempted in good faith to meet and confer with opposing counsel regarding Plaintiff's request to modify and extend the pretrial scheduling dated in this case as it relates solely to expert witness deadlines. Despite having met and conferred with opposing counsel up and through April 15, 2013 Defendants have been unwilling or unable to stipulate to our request.

3. I have reviewed and attached to the Motion to Modify Pretrial Scheduling Order an accurate copy of the Reuter's public news article detailing the breadth and scope of Defendants' alleged misconduct currently under federal criminal investigation attached as Exhibit B.

4. I personally drafted and submitted to counsel for the Defendants' the letter dated March 12, 2013 to diligently comply with Defendants' request to narrow Plaintiff's existing December 21, 2012 discovery requests in both scope and timing a copy of which is attached hereto as Exhibit C.

5. Based on my personal review of all documents produced directly from each party to the other to date in this action (and excluding any third party witness production that may have been produced by either party to date), Plaintiff in this matter through my office has produced over 1,292 discovery documents to counsel for the Defendants, while Plaintiff and this office have only received 424 documents produced directly from Defendants' custody and control through Defendants' counsel in this case.

6. I have personal knowledge that the Plaintiff has been served with and remains subject to a Federal Grand Jury subpoena for all documents and things in her custody and control which relates to the Defendants in this action and a copy of the outstanding federal grand jury subpoena(s) which have been served upon Plaintiff is attached hereto as Exhibit D.

Further affiant sayeth not.



Craig P. Cherney

SUBSCRIBED AND SWORN TO AS TRUTHFUL BEFORE ME, the undersigned authority, on this 16th day of April 2013.



Notary Public