UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELLY NELSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MILLENIUM LABORATORIES, INC., a California corporation; JASON BRISTOL, an individual; and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:12-cv-01301-SLG |

### ORDER ON EXPEDITED MOTION TO SEAL

At Docket 72, Plaintiff has filed an expedited Motion to Seal her Memorandum in Opposition to Defendants' Motion for Protective Order and in Opposition to Defendants' Motion to Quash Plaintiff's Subpoena.

IT IS ORDERED that Defendants shall file a response to the Motion to Seal on or before the close of business on April 30, 2013.[1]

DATED: this 26th day of April, 2013.

　　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] See Local Rule 7.2(c).