IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Ameritox, Ltd.

    Plaintiff(s)/Petitioner(s),
vs.

Millennium Laboratories Incorporated

    Defendant(s)/Respondent(s)

CASE NO: 2:12-cv-01301-SLG

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

[Stamp: FILED / RECEIVED / APR 30 2013 / CLERK U S DISTRICT COURT / DISTRICT OF ARIZONA / DEPUTY]

NOTICE:   $50.00 APPLICATION FEE REQUIRED!

I, __Michael R. Osterhoff__, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of __Ameritox, Ltd.__.

City and State of Principal Residence: Chesterfield, MO
Firm Name: Perkins Coie LLP
Address: 131 S. Dearborn Street    Suite: 1700
City: Chicago    State: IL    Zip: 60603
Firm/Business Phone: (312) 324-8400
Firm Fax Phone: (312) 324-8400    E-mail Address: MOsterhoff@perkinscoie.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| Supreme Court of Illinois | 05/07/1998 | ☑ Yes  ☐ No* |
| United States District Court for the Northern District of Illinois | 02/01/2002 | ☑ Yes  ☐ No* |
| United States District Court for the Eastern District of Wisconsin | 02/03/2005 | ☑ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
|  |  |  |
|  |  |  |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

_4-28-2013_                    _[signature]_
**Date**                       **Signature of Applicant**
Fee Receipt # _PHX133527_

(Rev. 04/12)

## COURT ADMISSIONS FOR MICHAEL R. OSTERHOFF (ARDC No. 6244728)

| Court | Admission Date | In Good Standing |
|---|---|---|
| Court of Appeals for the Seventh Circuit | February 11, 2004 | Yes |
| United States District Court for the Eastern District of Michigan | May 30, 2008 | Yes |
| Court of Appeals for the Fifth Circuit | April 1, 2009 | Yes |
| United States District Court for the Western District of Wisconsin | October 15, 2009 | Yes |

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Michael Robert Osterhoff

Northern District of Illinois

    I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Michael Robert Osterhoff was duly admitted to practice in said Court on (02/01/2002) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/25/2013 )

Thomas G. Bruton, Clerk,
By: Crystal Turner
Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Robert Osterhoff

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 7, 1998 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, April 25, 2013.

*Carolyn Taft Grosboll*

Clerk