UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Nelson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Millennium Laboratories, Inc., a California corporation; Jason Bristol, an individual; and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:12-cv-01301-SLG<br><br>**ORDER RE EXPEDITED MOTION** |

On May 2, 2013, Defendant Millennium Laboratories filed an expedited motion for a protective order with respect to the proposed deposition of Howard Appel that Plaintiff set for May 16, 2013. (Docket 92).

Pursuant to Local Rule 7.2(c), IT IS ORDERED that Plaintiff shall file her response to the expedited motion on or before **May 8, 2013**.  Defendant may reply on or before May 10, 2013.

DATED this 3rd day of May, 2013.

　　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE