1  J. Greg Coulter AZ Bar No. 016890
   jcoulter@littler.com
2  Christie L. Kriegsfeld; AZ Bar No. 022537
   ckriegsfeld@littler.com
3  LITTLER MENDELSON, P.C.
   Camelback Esplanade
4  2425 East Camelback Road
   Suite 900
5  Phoenix, AZ  85016
   Telephone:   602.474.3600
6  Facsimile:    602.957.1801

7  *Attorneys for Defendant*
   Millennium Laboratories, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                    FOR THE DISTRICT OF ARIZONA

11  Kelly Nelson,                          Case No. 2:12-cv-01301-SLG

12            Plaintiff,                    **NOTICE OF SERVICE OF
                                           DEFENDANT MILLENNIUM**
13  v.                                     **LABORATORIES, INC.'S
                                           RESPONSE TO PLAINTIFF'S**
14  Millennium Laboratories, Inc., a California   **DEMAND FOR PRODUCTION OF**
    corporation; Jason Bristol, an individual;    **DOCUMENTS AND THINGS– SET**
15  and Does 1-10, inclusive,             **NO. THREE**

16            Defendants.

17        Defendant Millennium Laboratories, Inc., by and through undersigned counsel,

18  hereby gives notice that it served its Response to Plaintiff's Demand for Production of

19  Documents and Things, Set No. Three, by mail this 6th day of May, 2013 upon Plaintiff

20  Kelly Nelson.

21        DATED this 6th day of May, 2013.

22

23

24            *s/ Christie L. Kriegsfeld*
              J. Greg Coulter
25            Christie L. Kriegsfeld
              LITTLER MENDELSON, P.C.
26            Attorneys for Defendants

27

28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1    I hereby certify that I electronically
     transmitted the attached document to the
2    Clerk's Office using the CM/ECF System
     for filing and transmittal of a Notice of
3    Electronic Filing to the following
     CM/ECF registrants, and mailed a copy of
4    same to the following if non-registrants,
     this 6th day of May, 2013:
5
     Craig P. Cherney, Esq.
6    Laura J. Edwards, Esq.
     EDWARDS & CHERNEY, LLP
7    14300 N. Northsight Blvd., Ste. 129
     Scottsdale, AZ  85260
8    Attorneys for Plaintiff
9    Barry M Walker, Esq.
     WALKER TRIAL LAWYERS LLP
10   31618 Railroad Canyon Rd., Ste. 1
     Canyon Lake, CA 92587
11   Attorneys for Plaintiff
12
13    _s/ Lisa DeWitt_____
      Firmwide:120098634.1 069873.1004
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-