Craig Cherney, Esq.
**EDWARDS & CHERNEY, LLP**
14300 N. Northsight Boulevard, Suite 129
Scottsdale, Arizona 85260
Office: (480) 240-0040
Fax: (480) 656-5966

Attorney for **Plaintiff**
Arizona State Bar Number 027485
E-mail: ccherney@edwardsandcherney.com

Barry M. Walker, Esq.
WALKER TRIAL LAWYERS, LLP
31618 Railroad Canyon Road, Suite 1
Canyon Lake, CA 92587
Office: (951) 667-5792
Fax: (951) 848-9430

Attorney for **Plaintiff**
California State Bar Number 195947
E-mail: bmw@walkertriallawyers.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **KELLY NELSON,**<br><br>             Plaintiff,<br><br>v.<br><br>**MILLENNIUM LABORATORIES, INC.,** a California corporation; **JASON BRISTOL**, an individual; and Does 1-10, inclusive,<br><br>             Defendants. | Case No. 2:12-cv-01301-SLG<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S<br>LAY AND EXPERT WITNESS LIST** |

Plaintiff Kelly Nelson, by and through undersigned counsel, hereby provides notice pursuant to the Scheduling and Planning Conference Report order dated September 25, 2012 regarding her designation of lay and expert witnesses in this case.

1

As required by the Court's order dated September 25, 2012 Plaintiff hereby tenders her lay and expert witness designations. Notwithstanding the foregoing, Plaintiff reserves any and all rights to amend and supplement the lay and expert witness list as the Court may allow.

**RESPECTFULLY SUBMITTED** this 10th day of May, 2013.

**EDWARDS & CHERNEY, LLP**

By:____/s/ Craig Cherney_____
    Craig Cherney, Esq.
    Attorney for **Plaintiff**

ORIGINAL mailed May 10, 2013:

Christie L. Kriegsfeld, Esq.
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
*Attorneys for Defendants*

And a copy mailed to:
Stephanie R. Leach
Snell & Wilmer, LLP
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
*Attorney for Defendants*

And a copy mailed to:
Michael K. Loucks
SKADDEN, ARPS, et al.
One Beacon Street, Boston, MA 02108
*Attorneys for Defendants*

Barry M. Walker, WALKER TRIAL LAWYERS, LLP
31618 Railroad Canyon Road, Suite 1
Canyon Lake, CA 92587
*Attorney for Plaintiff*


By:__/s/ Leslie Menegay_____

2