UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELLY NELSON, | Case No. 2:12-cv-01301-SLG |
| Plaintiff, | |
| v. | |
| MILLENNIUM LABORATORIES, INC., a California corporation; JASON BRISTOL, an individual; and Does 1-10, inclusive, | |
| Defendants. | |

**ORDER**

A telephonic Discovery Conference is hereby scheduled for **May 22, 2013 at 3:30 p.m. MST** in the matter.  The parties are directed to call (907) 677-6247 five minutes prior to the hearing time.

DATED: this 21st day of May, 2013.

*/s/ Sharon L. Gleason*
United States District Judge