IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELLY NELSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MILLENNIUM LABORATORIES, INC., a California corporation; JASON BRISTOL, an individual; and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:12-cv-01301-SLG |

### ORDER DENYING MOTION TO COMPEL PRODUCTION OF BODY BAG SLIDE DECK PRESENTATION

At Docket 143, Plaintiff Kelly Nelson seeks an order that would require Millennium to produce a power point presentation that was given to Millennium's employees by its General Counsel at Millennium's January 2012 annual sales meeting.

At Docket 174, Millennium opposes. It asserts that the legal presentation is irrelevant to the claims and defenses in this litigation. It notes that Plaintiff was no longer employed at Millennium when the presentation occurred and did not attend the sales meeting; she was not named or otherwise referenced in the presentation; and the presentation is not mentioned in Plaintiff's Complaint. Millennium adds that even if Plaintiff could establish that the presentation had relevance to this proceeding, this

Court should not order its production because it maintains that Plaintiff has violated the Stipulated Protective Order that has been entered in this case, and thus may well disseminate this presentation to Ameritox or Plaintiff's other "allied litigants."[1] Plaintiff responds to this concern in a footnote, indicating she and her counsel will not provide discovery documents to any third parties "absent validly issued subpoenas or court order."[2]

Plaintiff maintains that the presentation is highly relevant to this case because it "demonstrates [Millennium's] ongoing retaliation and harassment against all former employees, including Nelson."[3]  Plaintiff also asserts the presentation is demonstrative of the "hostile work environment to which Nelson was subjected" while employed at Millennium.[4] And Plaintiff asserts that Nelson "experienced significant emotional distress" when she learned of the presentation.[5] This Court was unpersuaded by these assertions.  Plaintiff's Complaint does not seek damages for post-termination conduct by her former employer.  Moreover, it appears undisputed that Ms. Nelson was not discussed in the presentation and Millennium stressed its confidential nature to the employees to whom it was presented; hence it is difficult to see how it could have been directed at Ms. Nelson.  And the evidence with respect to the alleged hostile work

---

[1] *See also* Docket 155 (Motion to Enforce the Stipulated Protective Order), and Order Granting Defendant Millennium's Motion to Enforce Stipulated Protective Order dated July 1, 2013.

[2] Docket 177 at 2 (Reply).

[3] Docket 143 at 8 (Mot.).

[4] Docket 143 at 8 (Mot.).

[5] Docket 143 at 9 (Mot.).

2:12-cv-01301-PHX-SLG, *Nelson v. Millennium, et al.*
Order Denying Motion to Compel Production of Body Bag Slide Presentation
Page 2 of 3

environment should be focused on Plaintiff's actual work environment during her tenure at Millennium -- not the work environment of other employees after her termination.

Even assuming that this post-termination confidential presentation has some limited relevance in this employment case, this Court finds that its production should not be ordered pursuant to Civil Rule 26(c), as the commercial burden on Millennium of producing this confidential presentation substantially outweighs any limited relevance in this proceeding. Particularly in light of this Court's recent order that granted most of Ameritox's Motion to Quash based on this Court's finding that a common interest privilege should apply as to communications between that company and Ms. Nelson,[6] requiring the production of this confidential material in this litigation would generate valid business concerns to Millennium that extend far beyond this litigation, while the relevance of the presentation to this particularly litigation is dubious.

For the foregoing reasons, the Motion to Compel at Docket 143 is DENIED.

Dated this 1st day of July, 2013.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[6] *See* Order at Docket 185 at 4.

2:12-cv-01301-PHX-SLG, *Nelson v. Millennium, et al.*
Order Denying Motion to Compel Production of Body Bag Slide Presentation
Page 3 of 3