J. Greg Coulter, AZ Bar No. 016890
gcoulter@littler.com
Christie L. Kriegsfeld; AZ Bar No. 022537
ckriegsfeld@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801

*Attorneys for Defendant*
*Millennium Laboratories, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Nelson, | Case No. 2:12-cv-01301-SLG |
| Plaintiff, | **SECOND NOTICE OF DEPOSITION OF RYAN UEHLING (VIDEOTAPED)** |
| v. | |
| Millennium Laboratories, Inc., a California corporation; Jason Bristol, an individual; and Does 1-10, inclusive, | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, Fed. R. Civ. P., and to District Court Judge O'Neill's order in the United States District Court for the Eastern District of California (Case No. 1:13-mc-00022-BAM (E.D. Cal. July 19, 2013)), the foregoing videotaped deposition will be taken upon oral examination of the person whose name is stated below at the time and place indicated before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**       Ryan Uehling

**DATE AND TIME OF DEPOSITION:**   Wednesday, July 31, 2013
                                    Commencing at 9:00 a.m.

**PLACE OF DEPOSITION:**         Littler Mendelson, P.C.
                                  5200 North Palm Avenue, Ste. 302
                                  Fresno, California 93704

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

Requests for reasonable accommodation for persons with disabilities must be made at least three (3) judicial days in advance of a scheduled court proceeding.

DATED this 26th day of July, 2013.

       *s/ J. Greg Coulter*
J. Greg Coulter
Christie L. Kriegsfeld
LITTLER MENDELSON, P.C.
Attorneys for Defendants

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 26th day of July, 2013:

Craig P. Cherney, Esq.
EDWARDS & CHERNEY, LLP
14300 N. Northsight Blvd., Ste. 129
Scottsdale, AZ 85260
Attorneys for Plaintiff

Barry M. Walker, Esq.
WALKER TRIAL LAWYERS LLP
31618 Railroad Canyon Rd., Ste. 1
Canyon Lake, CA 92587
Attorneys for Plaintiff

Michael K. Loucks, Esq. (*pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
*Attorney for Defendant*
*Millennium Laboratories, Inc.*

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

Stephanie Leach
SNELL & WILMER
One Arizona Center
400 E. Van Buren Street
Ste. 1900
Phoenix, AZ 85004

Donald R. Fischbach, Esq.
G. Andrew Slater, Esq.
DOWLING AARON INC.
8080 North Palm Avenue, Third Floor
Fresno, California 93711
*Attorneys for Ryan Uehling*

Joel Androphy, Esq.
BERG & ANDROPHY
3704 Travis
Houston, Texas 77002
*Attorney for Ryan Uehling*

Kim Thayer & Associates
1326 West Herndon Avenue, Suite 101
Fresno, California 93711

 *s/ Lisa DeWitt*
Firmwide:122189193.1 069873.1004

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-3-