Brandy Ramsay, Esq.
**EDWARDS & CHERNEY, LLP**
14300 N. Northsight Boulevard, Suite 129
Scottsdale, Arizona  85260
Office: (480) 240-0040
Fax: (480) 656-5966

Attorney for **Plaintiff**
Arizona State Bar Number 021284
E-mail: bramsay@edwardsandcherney.com

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **KELLY NELSON,**<br><br>          Plaintiff,<br><br>v.<br><br>**MILLENNIUM LABORATORIES, INC.,** a California corporation; **JASON BRISTOL**, an individual; and Does 1-10, inclusive,<br><br>          Defendants. | Case No. 2:12-cv-01301-SLG<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD** |

NOTICE IS HEREBY GIVEN that Brandy Ramsay of Edwards & Cherney, LLP hereby withdrawals as co-counsel for Plaintiff Kelly Nelson in the above-entitled action.

**RESPECTFULLY SUBMITTED** this 1st day of August, 2013.

                                            **EDWARDS & CHERNEY, LLP**

                                            By:__/s/ Brandy Ramsay_____
                                                 Brandy Ramsay, Esq.
                                                 Attorney for **Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2013, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Christie L. Kriegsfeld, Esq.
J. Greg Coulter, Esq.
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
*Attorneys for Defendants*

J. Lomax, Esq.
Stephanie Leach, Esq.
400 E Van Buren St #1900
Phoenix, AZ  85004-2202
*Attorney for Defendant Jason Bristol*

Barry M. Walker, WALKER TRIAL LAWYERS, LLP
31618 Railroad Canyon Road, Suite 1
Canyon Lake, CA 92587
*Attorney for Plaintiff*


By:____/s/ Leslie Menegay_____