J. Greg Coulter, AZ Bar No. 016890
gcoulter@littler.com
Christie L. Kriegsfeld; AZ Bar No. 022537
ckriegsfeld@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801

John S. Adler, CA Bar No. 060398 (*Pro Hac Vice*)
Adam R. Rosenthal, CA Bar No. 246722 (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:   619.232.0441
Fax No.:       619.232.4302
jadler@littler.com
arosenthal@littler.com

*Attorneys for Defendant*
*Millennium Laboratories, Inc. and Jason Bristol*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Kelly Nelson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Millennium Laboratories, Inc., a California corporation; Jason Bristol, an individual; and Does 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-01301-SLG<br><br>**AMENDED NOTICE OF DEPOSITION OF ELIZABETH FIELD** |
|---|---|

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, Fed. R. Civ. P., the Notice of Deposition originally filed on April 16, 2013 is hereby amended and the videotaped deposition will be taken upon oral examination of the person whose name is stated below at the time and place indicated before an officer authorized by law to administer oaths.

　　　　**PERSON TO BE EXAMINED**:　　　　Elizabeth Field

　　　　**DATE AND TIME OF DEPOSITION**:　　August 28, 2013
　　　　　　　　　　　　　　　　　　　　　　　　Commencing at 10:00 a.m.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

| | |
|---|---|
| **PLACE OF DEPOSITION**: | Littler Mendelson<br>2425 E. Camelback Road, Suite 900<br>Phoenix, Arizona 85016<br>Ph: (602) 474-3600 |

Requests for reasonable accommodation for persons with disabilities must be made at least three (3) judicial days in advance of a scheduled court proceeding.

DATED this 16th day of August, 2013.

                                              s/ J. Greg Coulter
                                              J. Greg Coulter
                                              Christie L. Kriegsfeld
                                              LITTLER MENDELSON, P.C.
                                              Attorneys for Defendants

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 16th day of August, 2013:

Craig P. Cherney, Esq.
EDWARDS & CHERNEY, LLP
14300 N. Northsight Blvd., Ste. 129
Scottsdale, AZ  85260
Attorneys for Plaintiff

Barry M. Walker, Esq.
WALKER TRIAL LAWYERS LLP
31618 Railroad Canyon Rd., Ste. 1
Canyon Lake, CA 92587
Attorneys for Plaintiff

John F. Lomax, Esq.
Stephanie R. Leach, Esq.
SNELL & WILMER
One Arizona Center
400 E. Van Buren Street
Ste. 1900
Phoenix, AZ 85004
Attorneys for Jason Bristol

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

1 | Griffin & Associates LLC
2 | 2398 East Camelback Road, #260
  | Phoenix, Arizona 85016
3 | calendar@griffinreporters.com

4 | s/ Lisa DeWitt
  | Firmwide:122578608.1 069873.1004

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-3-