J. Greg Coulter; AZ Bar No. 016890
Christie L. Kriegsfeld; AZ Bar No. 022537
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:   602.957.1801
gcoulter@littler.com
ckriegsfeld@littler.com

John S. Adler, CA Bar No. 060398 (*Pro Hac Vice*)
Adam R. Rosenthal, CA Bar No. 246722 (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
Telephone:   619.232.0441
Fax No.:     619.232.4302
jadler@littler.com
arosenthal@littler.com

Attorneys for Defendant Millennium Laboratories, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Nelson,<br><br>    Plaintiff,<br><br>v.<br><br>Millennium Laboratories, Inc., a California corporation; Jason Bristol, an individual; and Does 1-10, inclusive,<br><br>    Defendants. | Case No. 2:12-cv-01301-SLG<br><br>**NOTICE OF DEPOSITION OF SARA ROODBARI (VIDEOTAPED)** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, Fed. R. Civ. P., the foregoing videotaped deposition will be taken upon oral examination of the person whose name is stated below at the time and place indicated before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED**:    Sara Roodbari

**DATE AND TIME OF DEPOSITION**:    October 9, 2013
Commencing at 11:00 a.m.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

| | |
|---|---|
| **PLACE OF DEPOSITION**: | Littler Mendelson, P.C.<br>2050 Main Street, #900<br>Irvine, CA 92614<br>(949) 705-3000 |

Requests for reasonable accommodation for persons with disabilities must be made at least three (3) judicial days in advance of a scheduled court proceeding.

DATED this 24th day of September, 2013.

                        s/ J. Greg Coulter
                        J. Greg Coulter
                        Christie L. Kriegsfeld
                        LITTLER MENDELSON, P.C.
                        Attorneys for Defendant
                        Millennium Laboratories, Inc.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

| | |
|---|---|
| 1 | I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 24th day of September, 2013: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Craig P. Cherney, Esq.<br>Jonathan P. Ibsen, Esq.<br>EDWARDS & CHERNEY, LLP<br>14300 N. Northsight Blvd., Ste. 129<br>Scottsdale, AZ  85260<br>Attorneys for Plaintiff |
| 7 | |
| 8 | |
| 9 | Barry M. Walker, Esq.<br>WALKER TRIAL LAWYERS LLP<br>31618 Railroad Canyon Rd., Ste. 1<br>Canyon Lake, CA 92587<br>Attorneys for Plaintiff |
| 10 | |
| 11 | |
| 12 | John F. Lomax, Jr.., Esq.<br>Stephanie R. Leach, Esq.<br>Snell & Wilmer<br>One Arizona Center<br>400 E. Van Buren Street<br>#1900<br>Phoenix, AZ 85004-2202<br>Attorneys for Defendant Jason Bristol |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | Harry W. Harrison, Esq.<br>Harrison & Bodell LLP<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>Attorney for Sarah Roodbari |
| 18 | |
| 19 | |
| 20 | Hahn & Bowersock Court Reporters<br>calendar@hahnbowersock.net |
| 21 | |
| 22 | s/ Lisa DeWitt<br>Firmwide:123233110.1 069873.1004 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-3-