IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELLY NELSON,<br>        Plaintiff,<br><br>v.<br><br>MILLENNIUM LABORATORIES, INC., a California corporation; JASON BRISTOL, an individual; and Does 1-10, inclusive,<br>        Defendants. | Case No.  2:12-cv-01301-PHX-SLG |

## ORDER TO SHOW CAUSE

**TO:  Kelly Nelson and Ameritox, Ltd.**

YOU ARE HEREBY ORDERED to appear and show cause why you should not be held in civil contempt for violation of this Court's Protective Order entered on November 28, 2012 at Docket 36, with such hearing to be held in a Phoenix Courtroom to be determined on **January 28, 2015 at 8:30 a.m**. before Judge Sharon Gleason.  The basis for this Order to Show Cause is set forth in this Court's Order Granting Motion for Sanctions entered by the Court at Docket 267 on April 15, 2014.  Millenium is responsible for serving this Order to Show Cause on Ameritox, Ltd., and shall do so no later than one

week from the date of this Order.

IT IS FURTHER ORDERED that no later than January 21, 2015, Millennium Laboratories, Inc. shall file and serve a Prehearing Memorandum that addresses, at a minimum, each of the following topics:

- Whether Millennium is seeking an Order of Civil Contempt in order to coerce a contemnor into complying in the future with a court order, and if so, specifically what compliance is sought from each alleged contemnor.

- Whether Millennium is seeking an Order of Civil Contempt in order to compensate it for damages it alleges that it suffered due to the alleged contemnors' past noncompliance.

- In the event that Millennium is seeking damages at this time that are in addition to the monetary sanctions that this Court has previously awarded, which Millennium alleges that is has suffered as a result of the alleged contempt, Millennium's Prehearing Memorandum shall provide a computation of each category of damages claimed.  In addition, Millennium shall serve upon both Ms. Nelson and Ameritox (but not file with the Court or include in its Memorandum), the documents or other evidentiary material, unless privileged or protected from disclosure, on which the computation is based.

- Whether Millennium is seeking an order that provides for any other relief other than to coerce future conduct or award further damages, and if so, an explanation of the relief sought and the basis for the Court's authority to

- enter such an order.

- Millennium shall attach to its Prehearing Memorandum a proposed order that details all of the relief it is seeking.

Kelly Nelson and Ameritox may, at their election, file a responsive Prehearing Memorandum no later than January 26, 2015.

DATED this 5th day of January, 2015.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE